Petitioner's brief is due within 60 days from the date of filing of this order.

Cynthia K. WALLEY, Petitioner,

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 01–3114.

United States Court of Appeals, Federal Circuit.

Feb. 26, 2001.

ORDER

The petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of filing of this order.

**GREENBRIAR CORPORATION, Appellant,**

v.

**CSX IP, INC. and CSX Hotels, Inc., Appellees.**

No. 01–1105.

United States Court of Appeals, Federal Circuit.

Feb. 26, 2001.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.